AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Linn, Richard | 2. Court or Organization<br><br>U.S. Court of Appeals, Fed Cir | 3. Date of Report<br><br>04/30/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>717 Madison Place, N.W.<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Intellectual Property Advisory Board, George Washington University Law School |
| 2. Past-President | The Giles S. Rich American Inn of Court |
| 3. Member | The Richard Linn American Inn of Court |
| 4. Visiting Member | The Hon. William C. Conner American Inn of Court |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Linn, Richard

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Hon. William C. Conner American Inn of Court | January 15-16, 2009 | New York, NY | Inn of Court Dinner | Transportation, Meals, and Hotel |
| 2. | The Ben Franklin American Inn of Court | January 21, 2009 | Philadelphia, PA | Inn of Court Meeting | Transportation and Meals |
| 3. | New York Intellectual Property Law Association | March 27-29, 2009 | New York, NY | Annual Judges Dinner | Transportation, Meals, and Hotel |
| 4. | The Hon. William C. Conner American Inn of Court | April 15-16, 2009 | New York, NY | Inn of Court Meeting | Transportation, Meals, and Hotel |
| 5. | The Richard Linn American Inn of Court | May 14-15, 2009 | Chicago, IL | Inn of Court Meeting | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2010 |

| | | | | |
|---|---|---|---|---|
| 6. New York Intellectual Property Law Association | May 20-21, 2009 | New York, NY | Bar Association Annual Meeting | Transportation, Meals, and Hotel |
| 7. New Jersey Intellectual Property Law Association | June 5-6, 2009 | Short Hills, NJ | Annual Judges Dinner | Transportation, Meals, and Hotel |
| 8. The Richard Linn American Inn of Court | June 12-13, 2009 | Chicago, IL | Inn of Court Dinner | Transportation, Meals, and Hotel |
| 9. The Boston Intellectual Property American Inn of Court | July 30-31, 2009 | Boston, MA | Inn of Court Meeting | Transportation, Meals, and Hotel |
| 10. High Tech Law Institute and Federal Circuit Bar Association | September 24-27, 2009 | Santa Clara, CA | Law School and Bar Association Seminar | Transportation, Meals, and Hotel |
| 11. The Richard Linn American Inn of Court | September 29-30, 2009 | Chicago, IL | Inn of Court Meeting | Transportation |
| 12. The Boston Intellectual Property American Inn of Court | October 26-27, 2009 | Boston, MA | Inn of Court Meeting | Transportationi, Meals, and Hotel |
| 13. The Richard Linn American Inn of Court | November 12-15, 2009 | Chicago, IL | Inn of Court Meeting | Transportation |
| 14. The Paul R. Michel American Inn of Court | December 1-2, 2009 | Los Angeles, CA | Inn of Court Meeting | Transportation, Meals, and Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Linu, Richard | 04/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Meridian International | Tickets to the Meridian Ball | $420.00 |
| 2. New York Intellectual Property Law Association | Steuben Glass eagle leadership award | $1,017.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash Equivalent Account # 3 | A | Interest | J | T | | | | | |
| 2. Brokerage Account # 7 | | | | | | | | | |
| 3. - American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 4. - American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 5. - AmericanFunds: Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 6. Brokerage Account # 9 | | | | | | | | | |
| 7. - American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 8. - American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 9. - Americn Funds: Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 10. - AmericanFunds: Intermediate Bond Fund of America Cl. 529A | A | Dividend | J | T | | | | | |
| 11. Brokerage Account # 10 | | | | | | | | | |
| 12. - American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 13. - American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 14. - American Funds: Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 15. - American Funds: Intermediate Bond Fund of America Cl. 529A | A | Dividend | J | T | | | | | |
| 16. Brokerage Account # 11 | | | | | | | | | |
| 17. - American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 19. - American Funds: Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 20. - American Funds: Intermediate Bond Fund of America Cl. 529A | A | Dividend | J | T | | | | | |
| 21. Brokerage Account # 13 | | | | | | | | | |
| 22. - American Funds Growth-Income Separate Account | | None | L | T | | | | | |
| 23. - American Funds Growth Separate Account | | None | M | T | | | | | |
| 24. - T. Rowe Price Large Cap Growth Portfolio Separate Account | | None | M | T | | | | | |
| 25. - MFS Value Portfolio Separate Account (See note) | | None | M | T | | | | | |
| 26. - Russell 2000 Index Portfolio Separate Account | | None | L | T | | | | | |
| 27. - Artio Int'l Stock Portfolio Separate Acct (See note) | | None | M | T | | | | | |
| 28. Brokerage Account # 14 | | | | | | | | | |
| 29. - Clarion Global Real Estate Portfolio Sep. Acct (See note) | | None | K | T | | | | | |
| 30. - MetLife Stock Index Portfolio Separate Account | | None | L | T | | | | | |
| 31. Cash Equivalent Account #15 | A | Interest | L | T | Open | 09/16/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, line 27, Artio International Stock Portfolio was previously known as and changed its name from Julius Baer International Stock Portfolio

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544